

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00441-CV

**ESTATE OF DELFINA E. ALEXANDER**, Deceased

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2008-PB&-000016-L2
Honorable Jesus Garza, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  September 3, 2014

DISMISSED FOR LACK OF JURISDICTION

Appellants, Judith Zaffirini; David H. Arredondo; and Clarissa N. Chapa; As Independent Co-Executors of the Estate of Delfina E. Alexander, Deceased, and Co-Trustees of The Rocio Gonzalez Guerra Exempt Trust, filed a Joint Notice of Appeal from an "Order on Plaintiff's Emergency Motion for Distributions to the Trusts for Support Obligation and Personal Distributions to Beneficiaries" ("the Distribution Order") in Trial Cause Number 2008PB7000016L2. In an effort to determine whether this order is a final appealable order rendered in a probate proceeding, this court ordered appellants to explain in writing why this appeal should not be dismissed for lack of jurisdiction. We also gave appellee an opportunity to respond.

After considering the nature of the order at issue in this appeal, we conclude the Distribution Order at issue is not a final and appealable order from which an appeal may be taken

during the pendency of the underlying probate proceeding.  Therefore, we dismiss the appeal for want of jurisdiction.[1]

PER CURIAM

---

[1] We decline appellants' request to consider this appeal, in the alternative, as an appeal from a mandatory temporary injunction or as a petition for writ of mandamus.  Our dismissal of this appeal should not be interpreted as a comment on the issue of whether the trial court erred in rendering the Distribution Order, as that issue remains for future review upon entry of a final, appealable order or judgment.